UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARIFKHAN PATHAN,

                      Petitioner,

      v.

A. COOPER, Warden, Federal Detention Center SeaTac,

                      Respondent.

No. C24-1567-JHC-TLF

ORDER DISMISSING PETITION

        The parties, through undersigned counsel, have stipulated and agreed that the petition for writ of habeas corpus filed by Arifkhan Pathan should be dismissed without prejudice as moot.  Dkt. # 21.  On good cause shown and for the reasons discussed in the Stipulation for Dismissal, the Court hereby ORDERS that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

        DATED this 13th day of January, 2025.

                                              JOHN H. CHUN
                                              United States District Judge

[Proposed] Order Dismissing Petition — 1
*Pathan v. Cooper*, C24-1567-JHC-TLF

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970